DEXTER JOHNSON #999527
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX 77351

JANUARY 15, 2019 TUESDAY

MY CASE IS JOHNSON V. STEPHENS, CAUSE NO. 4:11-CV-02466

United States Courts
Southern District of Texas
FILED
JAN 18 2019
David J. Bradley, Clerk of Court

TO WHOM IT MAY CONCERN:

I AM WRITING AND BEGGING THE HONOR COURTS TO HELP ME WITH THIS MATTER. IT IS EXTREMELY URGENT!!!! I DON'T KNOW MUCH BUT I'VE HAD MANY GUY'S HERE ON DEATH ROW HELP ME. WELL THEY TOLD ME MANY TIMES TO FIGHT TO GET A BETTER COUNSEL TO TAKE OVER MY CASE BECAUSE THE ONE I HAD WOULD GET ME KILL (PATRICK MCCANN IS MY ATTORNEY NOW). THEY WERE RIGHT!!!! PATRICK MCCANN HAS NOT GIVEN ME EFFECTIVE REPRESENTATION!!!! HE FAIL TO TALK TO ME AND WHEN HE DO TALK TO ME HE DON'T EXPLAIN ANYTHING SO I STAY CONFUSED ABOUT WHAT IS GOING ON!!!! HE HAS STAYED ON MY CASE FOR MY STATE COURT AND FEDERAL COURT APPEALS AND EVERYONE HERE HAS TOLD ME THAT THAT IS A CONFLICT OF INTEREST. I'VE ASKED PATRICK MCCANN TO FILE INEFFECTIVE ASSISTANCE OF COUNSEL AGAINST HIMSELF BECAUSE I SEE HE HAVE NOT GIVEN ME EFFECTIVE REPRESENTATION AND HE EVEN TOLD A FAMILY MEMBER OF MINE, "NO MATTER WHAT HAPPEN'S TO HIM (MEANING ME) I'M STILL GOING TO GET PAID BY THE STATE"!!

PAGE 2

I AM SIMPLY ASKING THE COURTS TO DO THE RIGHT THING!!!! I'VE BEEN TOLD ABOUT MULTIPLE CASES WHERE THE RIGHT THING WAS DONE. CHRISTESON V. ROPER, 574 U.S. ___, 135 S. CT. 891, 894 (2015). SEE ALSO TEX. DISCIPLINARY R. PROF. ~~CONS~~ CONDUCT 1.06(B)(2) AND COMMENTARY 4-5 (CONFLICT WITH LAWYER'S OWN INTEREST). MARTINEZ V. RYAN, 566 U.S. 1 (2012) AND TREVINO V. THALER, 569 U.S. 413 (2013). CLARK V. DAVIS, 850 F.3D 770, 777 (5TH CIR. 2017); SPEER V. STEPHENS, 781 F.3D 784 (5TH CIR. 2015); MENDOZA V. STEPHENS, 783 F.3D 203 (5TH CIR. 2015); PRUETT V. STEPHENS, 608 FED. APPX. 182, 183-84 (5TH CIR. 2015); JENNINGS V. DAVIS, NO. 4:09-CV-00219 (S.D. TEX. NOV. 21, 2018)

I ALREADY HAVE AN ATTORNEY READY AND WILLING TO TAKE OVER MY CASE AND PROVIDE ME WITH SOME <u>TRUE</u> HELP. ALL I'M ASKING IS FOR THE COURT TO PLEASE APPOINT HIM. JASON HAWKINS, FEDERAL PUBLIC DEFENDER FOR THE NORTHERN DISTRICT OF TEXAS, AND HIS CAPITAL HABEAS UNIT, JEREMY SCHEPERS, SUPERVISING ASSISTANT FEDERAL PUBLIC DEFENDER.

I HAVE SERIOUS BRAIN DAMAGE SO I NEED LOTS OF HELP (SUCH AS WITH WRITING THIS LETTER). I'M NOT ABLE TO HANDLE MY CASE BY MYSELF. THAT'S WHY I'M BEGGING THE COURT TO APPOINT ME CONFLICT-

FREE COUNSEL. I TRULY FEEL PATRICK MCCANN IS ONLY HELPING THE STATE TO KILL ME. IN BRIEFS HE HAS FILED ON MY BEHALF, MULTIPLE TIME'S THE RESPONSE BY THE COURTS WAS "THIS COURT HAS NO OBLIGATION TO CONSIDER INADEQUATE BRIEFED POINTS OF ERROR'S". THAT ALONE SHOULD SHOW THE COURTS THAT HE IS INEFFECTIVE!!!! SO PLEASE ALLOW ME TO GET SOME TRUE HELP. I AM <u>NOT</u> GUILTY OF THIS CRIME, I SIMPLY REFUSED TO BECOME A SNITCH WHICH ALLOWED MY CO-DEFENDANTS TO MAKE UP LIE'S SO THEY COULD ALL GET PLEA DEALS. IF I'M APPOINTED NEW CONFLICT-FREE COUNSEL WHO WILL ACTUALLY FIGHT FOR ME, I'LL BE ABLE TO PROVE MY INNOCENCE!!!! SO AGAIN, I BEG THE HONOR COURTS TO APPOINT JASON HAWKINS, FEDERAL PUBLIC DEFENDER FOR THE NORTHERN DISTRICT OF TEXAS, AND HIS CAPITAL HABEAS UNIT, JEREMY SCHEPERS, SUPERVISING ASSISTANT FEDERAL PUBLIC DEFENDER.

THANK YOU VERY MUCH, MAY GOD BLESS YOU ALL!!!!

Dexter Johnson #999527

DEXTER JOHNSON #999527
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX 77351

LEGAL MAIL

United States Courts
Southern District of Texas
FILED
JAN 18 2019
David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
17 JAN 2019 PM 1 L

DAVID J. BRADLEY
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

77208-101010