To The Honorable Judge Alfred H.Bennett,

My name is Dexter Darnell Johnson,my case is Johnson v. Stephens,Cause No.4:11-cv-02466.Please bear with me,I have significant dead tissue on my brain which makes it extremely difficult for me to understand things and do things the right way on my own.I get a lot of help from guys here and from family and friends in the outside world(such as with this letter).

My reason for writing is because I have been done wronged by multiple people and simply want a fair chance(something I wasn't given at trial).First,trial judge Denise Collins who was involved in a review/investigation about rubber-stamping(she done that with my case).Federal judge Gary Miller saw I have ineffective assistance of counsel,but has failed to do anything about it.If it wasn't for guy's here I'll NEVER know whats going on with my case because Patrick McCann don't tell me ANYTHING I didn't know what Conflict Of Interest was until people told me.Patrick McCann has been my attorney since State Court and I don't even understand how he is allowed to practice law when he don't even know how to properly file briefs!!People is showing me the many responses from the courts and its always the same.Its disheartening seeing,"The courts has no obligation to consider inadequate briefed points of errors Of course though,this is the same man who has told a family member of mine,"No matter what happens to him(meaning me),I'm(Patrick McCann)still going to get paid by the state"!I truly believe he is working with the state to kill me!!

I have been told of multiple cases that relates to things with my case.Martinez v. Ryan,566 U.S. 1(2012).Trevino v. Thaler,569 U.S. 413(2013).Clark v. Davis,850 F.3d 770,777(5th Cir.2017).Speer v. Stephens,781 F.3d 784(5th Cir.2015).Mendoza v. Stephens,783 F.3d 203(5th Cir.2015).Pruett v. Stephens,608 Fed.Appx.182,183-84(5th Cir.2015).Jennings v. Davis,No.4:09-cv-00219(S.D.Tex.Nov.21,2018).Christeson v. Roper,574 U.S._,135 S.Ct.891,894(2015).See also Tex.Disciplinary R.Prof.Conduct 1.06 (b)(2)& Commentary 4-5.See Tex.Comm.on Prof.Ethics,Ethics Opinion 571(May2006) ("Ethics Opinion571").Tex.Disciplinary R.Prof.Conduct 1.06(c);Ethics Opinion571.Tex. Disciplinary R.Prof.Conduct 1.02(g),Comment 13.

Sir,I'm only asking for a fair appeals.The only way I can get a fair appeals is by the appointment of new counsel,someone who will truly fight to help me save my life. I am NOT a killer!!I am NOT the monster the prosecutors has made me out to be!!I am simply a ignorant man who grew up in the streets hearing,"Keep it gangsta,even if you know where bodies at,don't ever snitch" all the time.So upon my arrest I refused to become a snitch.The main reason though was the fact that my co-defendants(who are all related to eachother by blood) was still free.Timothy Randel(the TRUE killer)and family knew where my daughter and her mother lived.What man would risk putting his child/family in harms way?I told the police everybody name the night I was arrested, yet they wasn't arrested until 2 days later!So you see,I wasn't about to talk while they was still out free!!They had 2 days to get their story together because the media put their names all over the tv,so once they were arrested finally and saw I didn't snitch they made their deals with the prosecutors!I was convicted because it was more of them saying I did everything!!A good attorney and investigator could have/could still prove that I am innocent!!

Theres an attorney(Jason Hawkins,Federal Public Defender for the Northern District of Texas,and his Capital Habeas Unit,Jeremy Schepers,Supervising Assistant Federal Public Defender)willing/able to take on my case and give me true help if they are appointed.Thats what I'm asking sir.Please appoint this conflict-free counsel so I will be able to really prove my innocence.

Thank you for your time and help with this very important matter!!May you and yours be bless!!

Faithfully Yours,
Dexter

DEXTER D. JOHNSON #999527
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

DEXTER JOHNSON #999527
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX 77351

LEGAL MAIL

United States Courts
Southern District of Texas
FILED

FEB 01 2019

David J. Bradley, Clerk of Court

NORTH HOUSTON TX 77X
31 JAN 2019 PM 4 L

LISA EDWARDS, CASE MANAGER
TO UNITED STATES DISTRICT JUDGE ALFRED H. BENNETT
UNITED STATES DISTRICT COURT
515 RUSK ST, ROOM 8624
HOUSTON, TEXAS 77002

77002-262399