IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| **DEXTER DARNELL JOHNSON**, | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-02466 |
| | § | |
| **LORIE DAVIS**, Director, | § | **DEATH PENALTY CASE** |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| *Respondent*. | § | |

# ORDER

This Court, having considered the Petitioner's Opposed Motion for a Stay of Execution, enters the following order:

(1) Mr. Johnson's execution is stayed pursuant to 28 U.S.C. § 2251(a)(3) and *McFarland v. Scott*, 512 U.S. 849 (1994).

It is so ORDERED.

_____             _____

Date                                                               The Honorable Alfred H. Bennett
                                                                         United States District Judge